40 A.3d 1230

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Mumia ABU–JAMAL, a/k/a Wesley Cook, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 7, 2010.

Decided March 26, 2012.

William L. Bowe, Judith L. Ritter, Widener University Law School, Christina Allison Swarns, NAACP Legal Defense & Educational Fund, Inc., for Abu–Jamal Mumia.

Hugh J. Burns, Jr., Philadelphia, Amy Zapp, PA Office of Attorney General, Harrisburg, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, ORIE MELVIN, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of March, 2012, the order of the Court of Common Pleas is hereby **AFFIRMED.**

Justice McCAFFERY did not participate in the consideration or decision of this case.